(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant
       ERIC LARS SWANBERG
6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                      * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 1:02 CR 05149 OWW
12 |         Plaintiff,         |
13 |            vs.              | **STIPULATION RE:**
                                   **CONTINUANCE OF SENTENCING**
14 | ERIC LARS SWANBERG,         |         **And**
15 |         Defendant.          |      **O R D E R**
16

17

18     **IT IS HEREBY STIPULATED** by and between counsel for the
19 parties herein, that the Sentencing in the above matter currently
20 scheduled on Monday, December 6, 2010, at 9:00 a.m., in the
21 above-entitled court, be continued to Monday, December 13, 2010,
22 at 9:00 a.m. p.m.
23     A discussion was had between counsel for Defendant and
24 Federal Probation Officer Tim Mechem whereby additional time is
25 required for the preparation of the Report and Recommendation of
26 the Probation Officer.
27     Counsel for the Defendant understands that Assistant
28 United States Attorney, Stanley Boone, has no objection to such a

1 continuance.

2     DATED: December 1, 2010.

3                                     Respectfully submitted,

4                                     NUTTALL & COLEMAN

5

6                                By   /s/ Roger T. Nuttall

7                                   ROGER T. NUTTALL
                                  Attorneys for Defendant

8                                   ERIC LARS SWANBERG

9

10     DATED: December 1, 2010.

11                                   /s/ Stanley Boone

12                                   _____
                                  STANLEY BOONE

13                                   Assistant U. S. Attorney

14

15                          **O R D E R**

16

17

18

19

20                    IT IS SO ORDERED.

21

22 **Dated:   December 2, 2010**                  **/s/ Oliver W. Wanger**

23                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28