

**FILED**
JAN 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL ALBERT HUXLEY, et al.,<br><br>Defendants | CASE NO. 1:02-CR-5149 AWI<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE UNCLAIMED FUNDS ACCOUNT |

Following plea agreements and accepted changes of plea, the Court sentenced Defendants to time in custody, probation, and restitution. See Doc. Nos. 49, 51, 70, 71. Over the years, several restitution checks have been returned to the Court due to invalid addresses. These funds have been placed in the Court's Unclaimed Funds Account.

The Court has been informed that an updated address has been obtained for victims Gene and Janice Franklin. Because the Court now has a valid address, it will order the Clerk to disburse the appropriate funds from the Unclaimed Funds Account to the Franklins.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall disburse monies held in the Court's Unclaimed Funds Account for Gene and Janice Franklin to the updated address on file with the Court's financial department.

IT IS SO ORDERED.

_____       1-2-19
Anthony W. Ishii, Senior District Judge        Date