

FILED

JAN. 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>· **Plaintiff**<br><br>v.<br><br>MICHAEL ALBERT HUXLEY, et al.,<br><br>**Defendants** | **CASE NO. 1:02-CR-5149 AWI**<br><br>**ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE UNCLAIMED FUNDS ACCOUNT** |

Following plea agreements and accepted changes of plea, the Court sentenced Defendants to time in custody, probation, and restitution. See Doc. Nos. 49, 51, 70, 71. Over the years, several restitution checks have been returned to the Court due to invalid addresses. These funds have been placed in the Court's Unclaimed Funds Account.

The Court has been informed that an updated address has been obtained for victims Freddy and Pam Raber. Because the Court now has a valid address, it will order the Clerk to disburse the appropriate funds from the Unclaimed Funds Account to the Rabers.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall disburse monies held in the Court's Unclaimed Funds Account for Freddy and Pam Raber to the updated address on file with the Court's financial department.

IT IS SO ORDERED.

_____    1-2-19
Anthony W. Ishii, Senior District Judge          Date