PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALBERT HUXLEY AND ERIK LARS SWANBERG,<br><br>Defendants. | CASE NO. 1:02-CR-05149 AWI<br><br>ORDER TO ASSIGN AND DISBURSE RESTITUTION |

This matter is before the Court on the government's motion requesting that the Clerk of the Court assign restitution for victims Bobby and Geneva Raber, and be directed to pay the restitution currently in the Clerk's registry, to their son, Randy L. Raber.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California shall pay any restitution currently available and any future proceeds due to Bobby and Geneva Raber to Randy L. Raber, whose address will be provided to the Clerk's Office Financial Unit by Assistant United States Attorney Denise N. Yasinow.

IT IS SO ORDERED.

Dated: June 22, 2021

_____
SENIOR DISTRICT JUDGE